TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Tenniel Walker Nabena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tenniel Walker Nabena,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Medicredit, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:15-cv-00111-MEJ<br><br>[~~PROPOSED~~] ORDER |

- 2 -

1
2
3   Based on Plaintiff's Third Motion for Extension of Dismissal Filing Deadline, and for good cause shown, Plaintiff shall have an additional thirty (30) days, up to and including July 24, 2015, to file dismissal documents.

Date: June 24, 2015                    _____
                                       Judge: Hon. Maria-Elena James